# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MOYER, JAMES D. | 2. Court or Organization  U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY | 3. Date of Report  JUNE 30, 2013 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2012 to 12/31/2012 |

**7. Chambers or Office Address**
208 U.S. COURTHOUSE, 601 W. BROADWAY
LOUISVILLE, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JAMES D. MOYER | C/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | BELLARMINE UNIVERSITY – SALARY |
| 2. 2012 | GENERAL ELECTRIC – PENSION |
| 3. 2012 | JEFFERSON CO. BOARD OF EDUCATION – SALARY |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JAMES D. MOYER | 6/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JAMES D. MOYER | 6/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD IRA: ▨ | | | | | | | | | |
| 2. -500 INDEX FUND | D | DIV | N | T | Sold (part) | 12/31 /12 | L | F | |
| 3. -INTER-TERM INVEST. GR. | C | DIV | L | T | Sold (part) | 12/31 /12 | K | E | |
| 4. -INTER-TERM TREASURY | C | DIV | M | T | | | | | |
| 5. -MID-CAP INDEX FUND | A | DIV | K | T | | | | | |
| 6. -SHORT-TERM FED. | A | DIV | L | T | | | | | |
| 7. -TOTAL BOND MKT INDEX FUND | B | DIV | L | T | | | | | |
| 8. VANGUARD IRA: ▨ | | DIV | | | | | | | |
| 9. -500 INDEX FUND | D | DIV | O | T | Sold (part) | 12/31 /12 | K | E | |
| 10. -ADMIRAL TREASURY MONEY MKT | A | DIV | J | T | | | | | |
| 11. -GLOBAL EQUITY FUND | A | DIV | K | T | | | | | |
| 12. -HIGH-YIELD CORP FUND | C | DIV | L | T | | | | | |
| 13. -INTER-TERM INVEST. GR. | C | DIV | L | T | | | | | |
| 14. -INTER-TERM TREASURY FUND | C | DIV | M | T | | | | | |
| 15. -MID-CAP INDEX FUND | B | DIV | L | T | | | | | |
| 16. -SHORT TERM FED. | A | DIV | K | T | | | | | |
| 17. -TOTAL BOND MKT. INDEX FUND | C | DIV | L | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A $1,000 or less
B $1,001 - $2,500
C $2,501 - $5,000
D $5,001 - $15,000
E $15,001 - $50,000

2 Value Codes: (See Columns C1 and D3)
F $50,001 - $100,000
G $100,001 - $1,000,000
H1 $1,000,001 - $5,000,000
H2 More than $5,000,000
J $15,000 or less
K $15,001 - $50,000
L $50,001 - $100,000
M $100,001 - $250,000
N $250,001 - $500,000
O $500,001 - $1,000,000
P1 $1,000,001 - $5,000,000
P2 $5,000,001 - $25,000,000
P3 $25,000,001 - $50,000,000
P4 More than $50,000,000

3 Value Method Codes: (See Column C2)
Q Appraisal
R Cost (Real Estate Only)
S Assessment
T Cash Market
U Book Value
V Other
W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JAMES D. MOYER | 6/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS IRA ▨ | | | | | | | | | |
| 2. -INVESTMENT CO. OF AMERICA | B | DIV | L | T | | | | | |
| 3. AMERICAN FUNDS IRA ▨ | | | | | | | | | |
| 4. -INVESTMENT CO. OF AMERICA | B | DIV | L | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P3 =$5,000,001 - $25,000,000 | |
| | P1 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JAMES D. MOYER | 6/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544